143 A.3d 382

**Saroeun CHHAB, Petitioner,**

v.

**PHILADELPHIA COURT OF COMMON PLEAS,
FIRST JUDICIAL DISTRICT, Respondent.**

**No. 80 EM 2016.**

Supreme Court of Pennsylvania.

July 22, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.